IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-00769-REB-BNB

JOHN R. ALVAREZ,

Plaintiff,

v.

JOHN LIZZA,

Defendant.
_____

**ORDER**
_____

This case was dismissed in its entirety by the district judge on February 25, 2004. [Doc. #18.] The appellate court affirmed the district judge's dismissal of the case on September 22, 2004. [Doc. #22.] Since then, the Mr. Alvarez has filed the following documents:

1. A four page handwritten document entitled "Motion for the Claimant John R. Alvarez Pro-Se Litigant" [Doc. #24, filed 9/29/06];

2. A 75 page handwritten document [Doc. #25, filed 2/12/07];

3. An eight page handwritten document [Doc. #26, filed 2/16/07];

4. A 21 page handwritten document [Doc. #27, filed 12/10/07]; and

5. A 29 page handwritten document entitled "Motion for Clarification" [Doc. #28, filed 5/30/08].

The documents generally are incomprehensible, and I am unable to discern from them any justification for the plaintiff's continued filing in this case. The case has been closed for more than four years. The Court lacks jurisdiction to take further action in it. Accordingly,

IT IS ORDERED that the documents are STRICKEN.

IT IS FURTHER ORDERED that the Clerk of the Court shall refuse to accept any further filings from the plaintiff in this case.

Dated June 2, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge